# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Luis Gavela-Gomez

**Plaintiff,**

**V.**

Respondent: Jeremy Casey, Warden

**Defendant.**

**Civil Action No.** 26-cv-5532-LL-BJW

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Amended Petition for a Writ of Habeas Corpus and ORDERS that Respondents immediately release Petitioner from custody. This case is hereby closed.

**Date:** 11/13/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chander
B. Chander, Deputy